## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| RUBRIK, INC., | |
| Plaintiff, | |
| v. | Case No. 6:21-cv-00135-ADA |
| COMMVAULT SYSTEMS, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## ORDER DISMISSING WITH PREJUDICE ALL CLAIMS BETWEEN RUBRIK AND COMMVAULT

Before the Court is the Stipulation and Joint Motion to Dismiss With Prejudice submitted by Rubrik, Inc. and Commvault Systems, Inc.  Upon consideration of the joint motion, the Court finds that dismissal with prejudice should be GRANTED, and orders as follows:

All claims between Rubrik and Commvault in this litigation shall be dismissed with prejudice.

All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

**IT IS SO ORDERED.**

SIGNED this 1st day of September, 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE